UNPUBLISHED ORDER

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 28, 2006

**Before**

Hon. JOEL M. FLAUM, *Chief Judge*[1]

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 03-2506

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>    *v.*<br><br>FRANK DURAN,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 01 CR 757<br><br>Ronald A. Guzman,<br>*Judge.* |

**ORDER**

After being convicted of various charges arising out of his involvement in a drug distribution conspiracy, Frank Duran was sentenced to a lengthy term of imprisonment.  On appeal, Duran argued, among other things, that his sentence violated the Sixth Amendment.  *See United States v. Booker*, 543 U.S. 220 (2005); *United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005).  We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory, *see Paladino*, 401 F.3d at 483–84.  He answered that he would.  Consequently, we VACATE Duran's sentence and REMAND for resentencing.

---

[1]Due to a change in circumstances, Judge Ripple has decided to recuse himself from further proceedings in this matter.